1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10 | MONICA SALAS and MYRIAH
REID, individually and on behalf of all
11 | other similarly situated individuals,

12
Plaintiffs,
13
vs.
14

15 | CMR INC. (d/b/a Call Management
Resources, Inc.) and DOES 1 through
16 | 100,

17        Defendants.

Case No.: CV 18-02238 DSF (SHKx)

**ORDER**

**(1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**

**(2) PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**

**(3) APPOINTING CLASS REPRESENTATIVES, CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR;**

**(4) APPROVING FORM OF CLASS NOTICE OF PROPOSED CLASS ACTION SETTLEMENT;**

**(5) SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT**

18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Plaintiffs Monica Salas and Myriah Reid's Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, and Setting Final Approval Hearing (Preliminary Approval Motion) was heard by this Court on January 6, 2020 at 1:30 p.m.  The Court, having considered the Preliminary Approval Motion, supporting papers, and the parties' evidence and argument, and good cause appearing, grants preliminary approval of the Settlement. Capitalized terms in this Preliminary Approval Order have the definitions set forth in the Stipulation of Settlement.

IT IS ORDERED:

1.     The Court grants preliminary approval of the Settlement based upon the terms set forth in the Stipulation of Settlement.

2.     The Court preliminarily finds and determines that the Settlement set forth in the Stipulation of Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the Final Approval Hearing. Based on its review of the Stipulation of Settlement, this Court finds that the Settlement (a) is the result of extensive, arm's-length negotiations between the parties, (b) following an extensive investigation of the claims and law, (c) by experienced counsel on both sides, (d) who were completely familiar with the strengths and weaknesses of the claims.

3.     The Court preliminarily certifies the Settlement Class under Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), as defined in the Stipulation of Settlement, pursuant to the terms and conditions of the Stipulation of Settlement and solely for the purposes of settlement. The Settlement Class shall be certified for no purpose other than to effectuate the terms and conditions of the Stipulation of Settlement.

4.     This Court has jurisdiction over the parties and claims and preliminarily finds that the numerosity, commonality, typicality, and adequacy requirements of Fed. R. Civ. P. 23(a), and the predominance and superiority requirements of Fed. R. Civ. P. 23(b)(3), have been met and that class certification for purposes of approving the Settlement is warranted. Additionally, this Court conditionally finds that, for purposes

1
**ORDER**

1 │ of settlement only, a collective action under 29 U.S.C. § 216(b) is appropriate for all

2 │ claims arising under the Fair Labor Standards Act (FLSA).

3 │      5.     The Court preliminarily confirms Gabriel S. Barenfeld of Nelson &

4 │ Fraenkel LLP and Rod M. Johnston of Sommers Schwartz, P.C. as Class Counsel.

5 │      6.     The Court preliminarily confirms Monica Salas and Myriah Reid as

6 │ Class Representatives.

7 │      7.     The Court confirms Simpluris, Inc. as the Claims Administrator.

8 │      8.     The Court approves, as to form and content, the Class Notice attached as

9 │ Exhibit A to this Preliminary Approval Order.

10 │      9.     The Court directs the mailing of the Class Notice to the Settlement Class

11 │ in accordance with the terms and conditions set forth in the Stipulation of Settlement.

12 │ The Court finds that the deadlines and method selected for the mailing and

13 │ distribution of the Class Notice, as set forth in the Stipulation of Settlement, meet the

14 │ requirements of due process and provide the best notice practicable under the

15 │ circumstances, and shall constitute due and sufficient notice to all persons entitled to

16 │ notice.

17 │      10.    A Final Approval Hearing will be held on August 10, 2020, at 1:30 p.m.,

18 │ to determine whether the proposed Settlement should be finally approved as fair,

19 │ reasonable, and adequate as to the Settlement Class. As set forth in the Class Notice,

20 │ members of the Settlement Class may support or oppose the Settlement or Class

21 │ Counsel's request for Attorneys' Fees and Lawsuit Costs at the Final Approval

22 │ Hearing.

23 │      11.    The Court may continue the date of the Final Approval Hearing without

24 │ further notice to members of the Settlement Class.

25 │

26 │ DATED:  April 22, 2020

27 │                    Honorable Dale S. Fischer
                   UNITED STATES DISTRICT JUDGE

28 │

2
**ORDER**

Class Member ID No. <mark>[insert ID No.]</mark>

# EXHIBIT A

Class Member ID No. [insert ID No.]

## THIS NOTICE MAY AFFECT YOUR RIGHTS; PLEASE READ IT CAREFULLY

*A Court authorized this Notice.[1] This is not a solicitation. This does not involve a lawsuit against you. However, these proceedings affect your legal rights.*

**If you worked as a customer service representative at CMR, Inc. (d/b/a Call Management Resources, Inc.) between May 24, 2014 and [Preliminary Approval Date] please read this Notice as it affects your rights.**

The proposed settlement class includes all customer service representative positions (collectively, "CSRs") who worked for CMR, Inc. (d/b/a Call Management Resources, Inc.) between March 24, 2014 and [Preliminary Approval Date] including Agents, Call Center Agents, Call Center Employees, and Dispatchers.

You are receiving this Notice because records indicate that you were employed as a CSR at CMR, Inc. sometime between May 24, 2014 and [Preliminary Approval Date], and, therefore, may be eligible to participate in this Settlement.

If this Settlement is approved by the Court, and you do not request exclusion (or opt out) from the Settlement, your estimated payment (before payroll tax withholding), will be $[**insert, bold font, underline**].  This calculation is based on records indicating that you worked in such position for a total of ___ weeks during the class period.

THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA HAS PRELIMINARILY APPROVED THIS SETTLEMENT

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:

| | |
|---|---|
| **DO NOTHING; GET PAYMENT** | To participate in this Settlement and receive a Settlement Check, you do not need to take any action. Once the exact size of the Settlement Class is known and any updated information is received, and provided the Settlement is finally approved, the Claims Administrator will calculate and issue Settlement Checks to all Class Members who do not request exclusion.  Class Members who do not request exclusion will release all Non-FLSA Released Claims. In addition, Class Members who cash their Settlement Checks will release all FLSA Released Claims.  Settlement Checks will be issued to current addresses on file, subject to any updated address information received.  If you want to remain in the Settlement Class, but believe the amount of weeks worked listed above is inaccurate, please see Section X for instructions regarding requesting an adjustment. |
| **EXCLUDE YOURSELF** | Get no payment; but give up no rights.  See Section VI below for instructions. |
| **OBJECT OR GO TO HEARING** | You may, at your own expense, appear at the Final Approval Hearing and/or file a written statement commenting on or objecting to the proposed Settlement.  If you wish to object to the Settlement, you must submit a valid objection to the Claims Administrator.  See Section VII below for instructions. |

For more information visit [website address] or call toll-free [telephone number].

---

[1] All initial capitalized terms are defined in the Stipulation of Settlement, available at [website address].

Class Member ID No. [insert ID No.]

| I. | WHY SHOULD I READ THIS NOTICE? |
|---|---|

The purpose of this Notice is to inform you that your rights may be affected by settlement proceedings in a class action lawsuit pending in the United States District Court for the Central District of California. This Notice is provided by order of the Court and summarizes essential information concerning the Settlement and your potential rights.

| II. | WHAT IS THE LAWSUIT ABOUT? |
|---|---|

This lawsuit began on May 24, 2018 when Monica Salas filed a lawsuit in California state court titled, *Salas v. C M R Inc.*, Superior Court of California, County of Riverside, Case No.: RIC 1809767, against Defendant CMR, Inc. (d/b/a Call Management Resources, Inc.) ("CMR, Inc."). Myriah Reid joined the lawsuit on October 4, 2018, and the case was transferred to the United States District Court for the Central District of California, Case No. 5:18-cv-02238 (the "Litigation"). Monica Salas and Myriah Reid are hereinafter referred to as the "Class Representatives".

The Litigation primarily involves allegations that CMR, Inc. failed to pay regular and overtime wages, failed to provide meal and rest breaks, failed to provide accurate itemized wage statements and failed to timely pay wages upon termination of employment. CMR, Inc. strongly denies the Class Representatives' allegations, and contends that it fully complied with the law.

The Parties have now reached a Settlement and the Court has preliminarily approved the Settlement. The Settlement does not constitute an admission of liability by CMR, Inc. or any of the parties who will be released, nor does the Settlement constitute a finding of liability by the Court, which has not yet ruled, one way or the other, on the merits of the Class Representatives' claims.

| III. | WHY AM I RECEIVING THIS NOTICE? |
|---|---|

You are receiving this notice because information collected by CMR, Inc. indicates that you were employed as a CSR at CMR, Inc. sometime between May 24, 2014 and [Preliminary Approval Date]. Accordingly, the Parties agree that you may be a Class Member eligible to participate in the Settlement.

| IV. | WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT? |
|---|---|

The following is only a summary of the Settlement. In the event that there are any conflicts between this notice and the Stipulation of Settlement, the terms of the Stipulation of Settlement shall govern. The Court has granted preliminary approval to the Settlement and conditionally certified the Settlement Class.

For purposes of the Settlement, and without admitting any liability, CMR, Inc. has agreed to provide monetary consideration to Class Members who do not request exclusion. If you are a Class Member and the Settlement receives final approval from the Court and you do not exclude yourself from the Settlement, then you will be eligible to receive such benefits, if any, for which you may qualify.

In exchange for the Class Representatives' and the Class Members' release of claims against CMR, Inc. and the other parties to be released by the Settlement, CMR, Inc. will pay Two Hundred Seventy-Five Thousand Dollars ($275,000). After Attorneys' Fees and Lawsuit Costs (requested amount: $88,750), Claims Administrator Fees and Costs (requested amount: $10,000), Service Payments (requested cumulative amount: $10,000), and the LWDA Award (amount: $4,500) are deducted (all as specified in more detailed in the Stipulation of Settlement), the remaining funds (the "Net Settlement Amount") will be distributed to Class Members who do not timely request to be excluded from the Settlement (each of whom is called a Participating Class Member). The amount of each Participating Class Member's settlement payment will be a proportionate share of the Net Settlement Amount based on the number of weeks they

<u>Class Member ID No. [insert ID No.]</u>

worked, the hourly rate they were paid, and the state in which they worked.  The estimated calculation set forth on the first page is just an estimate – the final amount paid could be higher or lower.

In exchange for the benefits described above, Class Members who do not exclude themselves from the Settlement will be deemed to have given a complete release of all Non-FLSA Released Claims (regardless of whether they actually cash the check issued pursuant to this Settlement).  If the Court grants final approval of the Settlement, the Court will enter a final judgment and dismiss all such claims with prejudice. Additionally, Class Members who cash their Settlement Checks will also be deemed to have opted into this Settlement (i.e., opted into the pending lawsuit) and released the FLSA Released Claims.

The claims to be released, in general, include any claims arising out of Class Members' employment as CSRs at CMR, Inc. for any type of relief under any federal, state or local laws governing wages, compensation, hours worked, the provision of meal and rest periods, and/or the maintenance of payroll records and the furnishing of accurate wage statements that arose or accrued at any time from the beginning of the relevant statute of limitations period through [Preliminary Approval Date].

The Settlement has not yet been granted final approval by the Court.  Final approval will take place only after a Final Approval Hearing, at which Class Members who have not requested exclusion will have an opportunity to comment on the Settlement.

## V.    HOW DO I PARTICIPATE IN THE SETTLEMENT?

To participate in this Settlement and receive your share of the Final Settlement Amount, you do not need to take any action. If you do not timely/validly request to exclude yourself from the Settlement, you will be entitled to receive money, and you will be bound by the terms of the Stipulation of Settlement.

## VI.    CAN I EXCLUDE MYSELF (OR "OPT OUT") OF THE SETTLEMENT?

If you wish to exclude yourself (or opt out) from the Settlement, you must submit a letter requesting exclusion. To be valid, your Request for Exclusion must: (i) contain your name and address; (ii) clearly state that you request to be excluded from the CMR, Inc. CSR class action settlement; (iii) be postmarked on or before [date 45 days from mailing of notice]; and (iv) be mailed, faxed or emailed to:

[Insert Claims Administrator information]

A form Request for Exclusion is attached to the end of this Notice, and a prepaid, pre-addressed envelope is enclosed with this Notice.  Please only fill out and send in the Request for Exclusion if you wish to be excluded.  If you submit a timely and valid Request for Exclusion, you will not be bound by the Settlement and you will not be eligible to participate in the potential benefits under the Settlement. Moreover, if you opt out, you will not be entitled to object to the Settlement or to appear and be heard at the Final Approval Hearing.

## VII.    CAN I OBJECT TO THE CLASS SETTLEMENT?

The Court has scheduled a Final Approval Hearing on August 10, 2020, in Courtroom 7D of the United States District Court for the Central District of California, which is located at 350 West 1st St., Los Angeles, CA, 90012, to hear evidence and testimony regarding whether the proposed Settlement should be finally approved.  The hearing will begin at 1:30 p.m.  The Court may continue the time and date of the hearing without further notice to the Settlement Class.

If you are a Class Member, and you do not timely submit a valid Request for Exclusion, then you may, at your own expense, appear at the Final Approval Hearing and/or file a written statement commenting on or objecting to the proposed Settlement.  If you wish to object to the Settlement, you must submit a valid

Class Member ID No. [insert ID No.]

objection.  To be valid, your objection must: (i) contain your name and address; (ii) contain a statement of your objections to the CMR, Inc. CSR class action settlement; (iii) contain a statement advising if you plan to seek permission to address the Court at the Final Approval Hearing, and any legal briefs, papers or memoranda you propose to submit to the Court; (iv) be postmarked on or before the [date 45 days from mailing of notice]; and (v) be mailed to:

[Insert Claims Administrator information]

If you fail to timely submit a valid objection, either in writing or in person at the Final Approval Hearing, you will be deemed to have waived any objections and shall be foreclosed from making any objection (whether by appeal or otherwise) to the Settlement.

| VIII. | WHO REPRESENTS THE SETTLEMENT CLASS? |

The attorneys for the Settlement Class in the Litigation are Rod M. Johnston of Sommers Schwartz, P.C. and Gabriel Barenfeld of Nelson & Fraenkel LLP.

Class Counsel's contact information is as follows:

> Rod M. Johnston, rjohnston@sommerspc.com
> SOMMERS SCHWARTZ, P.C.
> One Town Square, Suite 1700
> Southfield, Michigan 48076
> Telephone:  (248) 355-0300
> Facsimile:  (248) 436-8453
>
> Gabriel Barenfeld, gbarenfeld@nflawfirm.com
> Nelson & Fraenkel LLP
> 601 South Figueroa Street, Suite 2050
> Los Angeles, California
> Telephone:  (844) 622-6469
> Facsimile:  (213) 622-6019

| IX. | WILL I HAVE TO PAY CLASS COUNSEL'S ATTORNEYS FEES AND COSTS? |

You do not need to pay any portion of the Class Representatives' attorneys' fees and costs. In connection with the Final Approval Hearing on August 10, 2020, Class Counsel will make a request to the Court for an award of Attorneys' Fees and Lawsuit Costs of up to $88,750.  The request for Attorneys' Fees and Lawsuit Costs is subject to Court approval. Any amount awarded by the Court will be paid from the Final Settlement Amount and any amount not awarded will revert back to the Settlement Class and be divided as provided in the Stipulation of Settlement.  Your estimated award assumes that the full amount will be requested and awarded.

| X. | WHAT IF THE NUMBER OF WORKWEEKS LISTED ABOVE IS INCORRECT? |

If you believe that the number of workweeks stated on the first page (which will be used to determine the amount of your Settlement Check) is incorrect, please contact the Claims Administrator using the contact information below to provide evidence of the correct number of weeks you worked as a CSR at CMR, Inc. between May 24, 2014 and [Preliminary Approval Date].

The Claims Administrator, together with CMR, Inc.'s counsel and Class Counsel, as appropriate, will make a good faith effort to determine whether your workweeks should be adjusted.  The Claims Administrator's decision shall be final.

Class Member ID No. [insert ID No.]


[insert Claims Administrator information]

| XI. | HOW DO I OBTAIN ADDITIONAL INFORMATION? |
|-----|----------------------------------------|

This notice is intended only to provide a summary of the circumstances surrounding the Litigation, the terms of the Settlement, and your rights. You may seek the advice and guidance of your own private attorney, at your own expense, if you desire.  For more detailed information, you may review the pleadings, records, and other papers on file in the Litigation, which may be inspected during regular business hours at the United States District Court for the Central District of California, which is located at 350 West 1st St., Los Angeles, CA, 90012.  **PLEASE DO NOT CALL OR WRITE THE COURT OR THE OFFICE OF THE CLERK FOR INFORMATION REGARDING THIS SETTLEMENT**.

If you have any questions about this notice, please contact the Claims Administrator and ask about the CMR, Inc. CSR class action settlement:    [insert Claims Administrator information]

Class Member ID No. [insert ID No.]

## REQUEST FOR EXCLUSION

By completing and returning the form below, I hereby request exclusion from the CMR, Inc. CSR class action Settlement described above.  I understand that if I timely submit this Request for Exclusion, I will not be bound by the Settlement and will not be eligible to participate in the potential benefits under the Settlement, but I also will not give up any rights.  Additionally, I understand that if I opt out, I will not be entitled to object to the Settlement or appear and be heard at the Final Approval Hearing.

Note:  Only fill out and send this Request if you desire to opt out of the Settlement.  If you opt out, you will not waive any rights, but you will also not receive the Settlement Payment.

**Name:** _____

**Address:** _____

_____

_____

**Date:** _____

**Signature:** _____